**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **JUAN JOSE PASTOR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR. S-98-0322 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER THEREON** |
| v. ) | |
| **JUAN JOSE PASTOR**, ) | |
| Defendant. ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference scheduled for March 15, 2005 may be continued to April 12, 2005. This continuance is necessary to allow the government and defense to resolve discovery issues. This case was originally indicted in 1998 and making some of the discovery difficult to locate. Counsel for the government has authorized the signing of this

///
///
///
///
///
///

1  stipulation.  It is further stipulated that the time between now and April 12, 2005 maybe
2  excluded pursuant to local code T-4, counsel's need to prepare.
3  Dated:  March 15, 2005                                                  Dated:  March 15, 2005

5          / s /                                                                                / s /
6  **ANNE PINGS**                                                          **STEVEN D. BAUER**
   Assistant United States Attorney                              Attorney for Defendant

10
11 For Good Cause Appearing
   **IT IS SO ORDERED**
12
   Dated: April 18 , 2005.

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE