1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262

4 Attorney for Defendant: **JUAN JOSE PASTOR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-98-322 MCE |
| )  Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| **JUAN JOSE PASTOR**, ) | |
| )  Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendant that the status conference scheduled for July 26, 2005 may be continued to August 9, 2005. This continuance is requested to permit the parties to finalize a plea agreement and to permit the defendant to review that agreement. Counsel for the government has authorized the signing of this stipulation. It is further stipulated that the time between now and August 9, 2005 maybe excluded pursuant to local code T-4, counsel's need to prepare.

**(Signatures and Order on Following Page)**

/ / / / / / / / /
/ / / / / / / / /

| | |
|---|---|
| Dated: July 25, 2005 | Dated: July 25, 2005 |
| / s / ELLEN ENDRIZZI | / s / STEVEN D. BAUER |
| **ELLEN ENDRIZZI**<br>Assistant United States Attorney | **STEVEN D. BAUER**<br>Attorney for Defendant |

**IT IS SO ORDERED**

Dated: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE