IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,   No. CR S-98-0322 MCE GGH P

    vs.

JUAN JOSE PASTOR,

    Movant.   <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has filed a motion to dismiss for lack of jurisdiction. Movant must file any opposition to the motion within thirty days of the date of this order.

    IT IS SO ORDERED.

DATED: 1/11/07   /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:009
past0322.ord