IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                    No. CR S-98-0322 MCE GGH P

     vs.

JUAN JOSE PASTOR,

     Movant.                      <u>ORDER</u>

_____/

        On January 11, 2207, this court issued an order informing movant that he must file his opposition to respondent's motion to dismiss movant's § 2255 motion within thirty days. Movant has informed the court that while he received the court's order, he was not served with respondent's motion to dismiss. Although it appears that respondent properly served movant by mail at his address of record, the court now directs respondent to re-serve movant with the government's motion. Movant will have thirty days from the date of re-service to file any opposition.

        IT IS SO ORDERED.

DATED: 1/29/07                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
past0322.236