IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
|     Respondent, | | No. CR S-98-0322 MCE GGH P |
|     vs. | | |
| JUAN JOSE PASTOR, | | |
|     Movant. | | <u>FINDINGS & RECOMMENDATIONS</u> |
| _____/ | | |

        On January 3, 2007, respondent filed a motion to dismiss movant's 28 U.S.C. § 2255 motion for lack of jurisdiction. On January 11, 2007, the court informed movant that any opposition to the motion to dismiss was due within thirty days of the filed date of the order. On January 29, 2007, respondent was directed to re-serve the motion to dismiss on movant, and a certificate of service was filed on January 29, 2007. To date, movant has not opposed the motion.

        Accordingly, movant's failure to oppose should be deemed a waiver of opposition to the granting of the motion. In the alternative, the court has reviewed the motion and finds that it has merit. IT IS HEREBY RECOMMENDED that:

        1. Respondent's January 3, 2007, motion to dismiss be granted; and

        2. This action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 4/9/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
past0322.46